**Andrew B. AAMES, Plaintiff-Appellant,**

v.

**UNITED STATES of America; State of Missouri; MO Jackson County, Defendants-Appellees,**

**Does 1 through 99, Defendant.**

**No. 17-1619**

United States Court of Appeals, Eighth Circuit.

Submitted: November 7, 2017

Filed: November 29, 2017

Andrew B. Aames, Pro Se

. Jeffrey P. Ray, Assistant U.S. Attorney, U.S. Attorney's Office, Kansas City, MO, for Defendant-Appellee United States of America

Nicolas Taulbee, Attorney General's Office, Kansas City, MO, for Defendant-Appellee State of Missouri

Jared Dominic Bustamante, Robert Travis Willingham, Jackson County Attorney's Office, Kansas City, MO, for Defendant-Appellee MO Jackson County

Before COLLOTON, BOWMAN, and KELLY, Circuit Judges.

PER CURIAM.

Andrew Aames challenges the district court's[1] dismissal of his complaint challenging the constitutionality of state and federal statutes requiring him to register as a sex offender. After carefully reviewing the record and the briefs, we affirm for the reasons stated by the district court, but we modify the judgment so that the dismissal of Aames's state-law request for relief is without prejudice. *See Franklin v. Zain*, 152 F.3d 783, 786 (8th Cir. 1998). The judgment is affirmed as modified. *See* 8th Cir. R. 47B.

---

1. The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.